IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VERONICA MARTINEZ CARRERA-PEREZ, Reg. No. 29033-013, Movant, | § § § § § | |
| v. | § § | EP-20-CV-122-KC EP-17-CR-1286-KC-3 |
| UNITED STATES OF AMERICA, Respondent. | § § § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order Vacating and Reinstating a Judgment in a Criminal Case and Dismissing Movant's Motion Under 28 U.S.C. § 2255 signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Veronica Martinez Carrera-Perez's pro se "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 252) and civil cause number EP-20-CV-122-KC are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the "Judgment in a Criminal Case" entered in *United States v. Carrera-Perez*, cause number EP-17-CR-1286-KC-3 in the Western District of Texas (ECF No. 1024), is **VACATED** and **REINSTATED** as of the date a final judgment is entered in the instant civil cause, **recommencing the fourteen-day period for filing a timely notice of appeal** set forth in Federal Rule of Appellate Procedure 4(b)(1)(A)(i).

**IT IS FURTHER ORDERED** that Veronica Martinez Carrera-Perez is **DENIED** a certificate of appealability concerning her § 2255 motion.

**IT IS FURTHER ORDERED** that all pending motions in the above-numbered causes, if any, are **DENIED**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** the civil case, EP-20-CV-122-KC.

**SIGNED this 11th day of May, 2020.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE