Your Honor                June 2, 2020
                          EP-17-CR-1284-KC(3)

On June 1st, 2020 I received an order regarding qualification for appointed counsel. On this order you are giving me 14 days to answer 3 specific inquiries with the assistance of my new counsel, Ms. Maria Ramirez.

Due to the current circumstances of a nationwide B.O.P. lockdown, I am unable to contact my new appointed counsel.

Your Honor, I come to you in the hopes of granting me an extension to communicate with my attorney and answer your questions thoroughly.

I don't know when I will be able to contact my attorney. Currently my only means of communication is via correspondence. Also, as you must be aware. The U.S. Postal Service is currently operating slower than normal due to the Pandemic.

Any consideration is greatly appreciated.

Best Regards,
Veronica M. Currera

Name: Veronica Carrera
Reg. No. 29033-013
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127



CERTIFIED MAIL

7019 1640 0002 0248 6134








Clerk U.S. District Court
Att: Magistrate Judge Miguel A. Torres
Western District of Texas
U.S. Court House
525 Magoffin Ave Ste 105
El Paso, Texas 79901

7990132578

